IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GALE RACHUY,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 19-cv-749-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Gale Rachuy denying petitioner's 28 U.S.C. § 2255 motion to vacate sentence and dismissing this action.

| s/V. Olmo, Deputy Clerk | 9/27/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |