IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GALE A. RACHUY.,

    Defendant.

ORDER

19-cv-749-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 17th day of December, 2019.

        BY THE COURT:

        /s/
        _____
        WILLIAM M. CONLEY
        District Judge