UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

- - - - -

UNITED STATES OF AMERICA,           Case No. **19-cv-749-jdp** and
        Plaintiff-Respondent,                 **10-cv-141-jdp**

v.

GALE RACHUY,

        Defendant-Petitioner.

- - - - -

**NOTICE OF APPEAL**

- - - - -

The undersigned Defendant-Petitioner hereby appeals the December 20, 2019, to the United States Court of Appeals for the Seventh Circuit. This Order is deemed to be a final Order in which an appeal may be taken.

Defendant-Petitioner believes that the Order denying a certificate of appealability by both judges of the Western District of Wisconsin have indeed concluded the appeal is not taken in good faith, is clearly unfounded where these two district judges have refused to review the United States Supreme Court's decision of February 20, 2019, of **Garza v. Idaho**, 586 U.S. ___. 139 L. Ed. 2d. 277 (2019)(Innefective assistance of counsel to not file notice of appeal) see also Circuit Rule 51(a)(c).

Dated: December 31, 2019.

Respectfully submitted,

_[signature]_

Gale A. Rachuy #07218-090
Federal Prison Camp
Post Office Box 1000
Duluth, MN 55814-1000

Appellant Pro se